IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02682-PAB-MJW

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;
MOTOWN RECORD COMPANY, L.P., a California limited partnership;
WARNER BROS. RECORDS INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California corporation; and
CAPITOL RECORDS, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

BALTAZAR ESTRADA,

    Defendant.

( Docket No. 17 )

## [PROPOSED] ORDER RE CONSENT MOTION TO STAY THE DEADLINE FOR FILING A MOTION FOR DEFAULT JUDGMENT

Before the Court is the parties Consent Motion to Stay the Deadline for Filing a Motion for Default Judgment ("Motion"). Pursuant to Fed. R. Civ. P. 16(b), and finding good cause stated in the Motion, the Court hereby GRANTS the Motion. Therefore, IT IS HEREBY ORDERED that the deadline for filing a motion for default judgment is stayed for fourteen (14) days. Plaintiffs may file their Motion for Default Judgment on March 13, 2009 unless the parties file closing documents or Defendant answers or otherwise responds to Plaintiffs' Complaint on or before that date.

SIGNED this 2nd day of March, 2009.

HON. MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE

1