IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 08-cv-02682-PAB-MJW

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;
MOTOWN RECORD COMPANY, L.P., a California limited partnership;
WARNER BROS. RECORDS INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California corporation; and
CAPITOL RECORDS, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

BALTAZAR ESTRADA,

    Defendant.
_____

## ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION
_____

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the total principal sum of Six Thousand Dollars ($6,000.00), which consists of the minimum amount of statutory damages of $750.00 (*see* 17 U.S.C. § 504(c)(1)) for each of the eight sound recordings listed in paragraph 3 herein.

2. Plaintiffs shall be awarded their costs upon the filing of a bill of costs within eleven days of entry of judgment pursuant to D.C.COLO.LCivR 54.1.

3. Defendant is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "By Your Side," on album "Lovers Rock," by artist "Marvin Gaye" (SR# 298-354);

- "Let's Get It On," on album "Let's Get It On (Single)," by artist "Marvin Gaye" (SR# N7555);

- "Freedom," on album "Listen Without Prejudice, Vol. 1," by artist "George Michael" (SR# 133-600);

- "Whip It," on album "Freedom of Choice," by artist "Devo" (SR# 17-936);

- "Straight Up," on album "Forever Your Girl," by artist "Paula Abdul" (SR# 93-688);

- "Bullet The Blue Sky," on album "The Joshua Tree," by artist "U2" (SR# 78-949);

- "Time," on album "Dark Side Of The Moon," by artist "Pink Floyd" (SR# N5354);

- "Afraid," on album "Heathen," by artist "David Bowie" (SR# 306-434);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

4. The clerk shall forthwith enter judgment in favor of plaintiffs Sony BMG Music Entertainment, Motown Record Company, L.P., Warner Bros. Records Inc.,

Virgin Records America, Inc., and Capitol Records, LLC, and against defendant Baltazar Estrada in accordance with this Order.

DATED April 2, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge